IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 04-cr-00270-LTB-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Donald John Priller,

    Defendant.

---

## ORDER CONTINUING SUPERVISION AND MODIFYING CONDITIONS OF SUPERVISED RELEASE

---

This matter is before the Court upon report of the probation officer that the defendant violated the conditions of his supervised release. At a status hearing on August 1, 2008, the petition for violations of supervised release dated April 9, 2008, was dismissed. Therefore, it is

    ORDERED that the defendant's supervised release be continued with all previous conditions to remain in full force and effect.

    It is FURTHER ORDERED that the defendant shall comply with the following special condition:

        The defendant shall reside in a residential reentry center for a period of up to 90 days, to commence August 18, 2008, and shall observe the rules of that facility.

    DATED at Denver, Colorado, this 15th day of August, 2008.

                      BY THE COURT:

                      _____
                      Lewis T. Babcock
                      Senior United States District Judge