**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  04-cr-00270-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     DONALD JOHN PRILLER,

        Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

       This will confirm that a supervised release violation hearing regarding Defendant Priller is set **Wednesday, March 10, 2010 at 10:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.

Dated:  February 17, 2010